**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Nathan REYES, Defendant–Appellant.**

**No. 05–10723**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 30, 2007.

Christy Lee Drake, Assistant U.S. Attorney, U.S. Attorney's Office Northern

District of Texas, Amarillo, TX, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Bonita L Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before WIENER, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Nathan Reyes has moved for leave to withdraw and has filed an amended brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Reyes has filed a response in which he claims, inter alia, that his trial counsel was ineffective for failing to move for a judgment of acquittal.

Our independent review of the record, counsel's brief, and Reyes's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.